AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

Cristian COLON
a/k/a Reinaldo Ortiz-Fantauzzi

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1617-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 2, 2002__ in __Suffolk__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) wilfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of such passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports,

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See attached affidavit and exhibits made a part hereof

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-03-2004
Date

at Boston, MA
City and State

Charles B. Swartwood
U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.