UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                          CRIM. CASE NO:   04-M-1617 CBS

CRISTIAN COLON
a/k/a Reinaldo Ortiz-Fantauzzi
   Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

 On May 18, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance on a complaint charging him with 18 U.S.C. § 1542, making false statements in an application for a passport.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney LEO SOROKIN of the Federal Defender Office for the District of Massachusetts be appointed, effective as of May 18, 2004, to represent said defendant in this cause until further order of the Court.

 SO ORDERED.

                 JOYCE LONDON ALEXANDER
                 UNITED STATES MAGISTRATE JUDGE

                 BY THE COURT:

                 /S/ Rex Brown
                 Courtroom Clerk

May 18, 2004
Date