AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Christian Glou

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04-1617-CBS

I, Julio Bernabel Diaz, charged in a ☒ complaint ☐ petition pending in this District with _____

in violation of Title _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

Julio E. Bernabel
*Defendant*

Thomas Ke
*Counsel for Defendant*

6/1/04
*Date*